FILED
December 14, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18CR00240-MCE |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| NOE FELIX GUADALUPE, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __NOE FELIX GUADALUPE__, Case No. __2:18CR00240-MCE__, Charge __8USC § 1326(f)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

    _✓_ Unsecured Appearance Bond $__50,000.00__

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _✓_ (Other) __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 14, 2018__ at __2:21 pm__.

By /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court