HEATHER E. WILLIAMS, SBN #122664
Federal Defender
CHRISTINA SINHA, SBN # 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
NOE FELIX GUADALUPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00240-MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| NOE FELIX GUADALUPE, | Date: January 3, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Noe Felix Guadalupe, that the status conference currently scheduled for January 03, 2019 may be continued to March 14, 2019.

The government has provided 165 pages of discovery, including documents related to the defendant's prior immigration proceedings and previous criminal cases. This discovery has been produced directly to defense counsel and/or made available for inspection and copying. The defense has requested additional discovery from the government. Defense counsel desires additional time to review discovery and for investigation and preparation. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable

Stipulation and Order to
Continue Status Conference

-1-

time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

The parties further request to exclude time between January 3, 2019, and March 14, 2019, under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. At the arraignment on this matter on December 04, 2018, the Court excluded time from that date until January 03, 2019; therefore, the parties request that Court enter a further exclusion of time from and including January 03, 2019 to March 14, 2019. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and request the Court so to find.

                                                            Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender

Date: December 21, 2018                     */s/ Christina Sinha*
                                                           CHRISTINA SINHA
                                                           Assistant Federal Defender
                                                           Attorneys for Defendant
                                                           NOE FELIX GUADALUPE

Date: December 21, 2018                     MCGREGOR W. SCOTT
                                                           United States Attorney

                                                           */s/ Shea Kenny*
                                                           SHEA KENNY
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Due to a prior exclusion of time from December 04, 2018 to January 03, 2019, the Court now enters a further exclusion of time from and including January 03, 2019 to March 14, 2019, and the status conference is reset for March 14, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE