MCGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>          v.<br><br>NOE FELIX GUADALUPE,<br><br>                Defendant. | CASE NO. 2:18-CR-00240 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: March 14, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 14, 2019.

2.      By this stipulation, defendant now moves to continue the status conference until April 18, 2019, and to exclude time between March 14, 2019, and April 18, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has provided 165 pages of discovery in this case, including documents related to the defendant's prior immigration proceedings and prior criminal cases. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Defense counsel has requested additional discovery from the government in the

1   form of recordings of the defendant's prior immigration court proceedings.  The government has

2   requested and obtained the requested recordings.  The government has represented that it is

3   processing the recordings for production and will produce the recordings to defense counsel as

4   soon as possible.

5           c)      Counsel for defendant desires additional time to review discovery, including the

6   recordings of the defendant's immigration proceedings, to consult with and discuss the discovery

7   with her client, to discuss potential resolutions with her client, to conduct investigation and

8   research related to the charges and potential immigration consequences, and to otherwise prepare

9   for trial.

10          d)      Counsel for defendant believes that failure to grant the above-requested

11  continuance would deny her the reasonable time necessary for effective preparation, taking into

12  account the exercise of due diligence.

13          e)      The government does not object to the continuance.

14          f)      Based on the above-stated findings, the ends of justice served by continuing the

15  case as requested outweigh the interest of the public and the defendant in a trial within the

16  original date prescribed by the Speedy Trial Act.

17          g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

18  et seq., within which trial must commence, the time period of March 14, 2019 to April 18, 2019,

19  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

20  because it results from a continuance granted by the Court at defendant's request on the basis of

21  the Court's finding that the ends of justice served by taking such action outweigh the best interest

22  of the public and the defendant in a speedy trial.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4         IT IS SO STIPULATED.

Dated: March 12, 2019                      McGREGOR W. SCOTT
                                              United States Attorney

                                          /s/ SHEA J. KENNY
                                          SHEA J. KENNY
                                          Assistant United States Attorney

Dated: March 12, 2019                      /s/ CHRISTINA SINHA
                                              CHRISTINA SINHA
                                              Counsel for Defendant
                                              NOE FELIX GUADALUPE

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court finds that a failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders the March 14 status conference shall be continued until April 18, 2019, at 10:00 a.m. The Court further orders the time from March 14, 2019, up to and including April 18, 2019, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and Local Code T4.

IT IS SO ORDERED.

Dated: March 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE