| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN # 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | NOE FELIX GUADALUPE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00240-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE STATUS CONFERENCE AND** |
| vs. | ) | **EXCLUDING TIME** |
| | ) | |
| NOE FELIX GUADALUPE, | ) | Date: April 18, 2019 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Noe Felix Guadalupe, that the status conference currently scheduled for April 18, 2019 may be continued to May 30, 2019.

The government has provided 165 pages of discovery, including documents related to the defendant's prior immigration proceedings and previous criminal cases. This discovery has been produced directly to defense counsel and/or made available for inspection and copying. Per the defense's request, the government also produced audio files of the defendant's immigration proceedings, which the defense received on April 04, 2019. The defense requires additional time to review this discovery and for further investigation and preparation. Defense counsel believes

Stipulation and Order to
Continue Status Conference

-1-

1 that failure to grant the above-requested continuance would deny her the reasonable time
2 necessary for effective preparation, taking into account the exercise of due diligence. The
3 government does not object to the continuance.
4     The parties further request to exclude time between April 18, 2019 and May 30, 2019
5 under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
6 (B)(iv) (Local Code T4), because it results from a continuance granted by the Court at
7 defendant's request on the basis of the Court's finding that the ends of justice served by taking
8 such action outweigh the best interest of the public and the defendant in a speedy trial. The
9 parties request that Court enter an exclusion of time from and including April 18, 2019 to May
10 30, 2019. The parties agree that the interests of justice outweigh the best interests of the public
11 and the defendant in a speedy trial and request the Court so to find.

                Respectfully submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Date: April 15, 2019        /s/ Christina Sinha
                CHRISTINA SINHA
                Assistant Federal Defender
                Attorneys for Defendant
                NOE FELIX GUADALUPE


Date: April 15, 2019        MCGREGOR W. SCOTT
                United States Attorney

                /s/ Shea Kenny
                SHEA KENNY
                Assistant United States Attorney
                Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court enters a further exclusion of time from and including April 18, 2019 to May 30, 2019, and the status conference is reset for May 30, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE