1   HEATHER E. WILLIAMS, SBN 122664
    Federal Defender
2   CHRISTINA SINHA, SBN 278893
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, Third Floor
4   Sacramento, CA 95814
    T: (916) 498-5700
5   F: (916) 498-5710

6   Attorneys for Defendant
    NOE FELIX GUADALUPE

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

    UNITED STATES OF AMERICA,    )  Case No.  2:18-CR-240-TLN
11                               )
           Plaintiff,            )  **STIPULATION AND ORDER TO RESET TRIAL**
12                               )  **CONFIRMATION HEARING AND TRIAL**
           vs.                   )  **COMMENCEMENT DATE**
13                               )
    NOE FELIX GUADALUPE,         )
14                               )
           Defendant.           )
15    _____ )

16          IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip

17   A. Talbert, through Assistant United States Attorney Samuel Stefanki, counsel for Plaintiff, and

18   Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel

19   for Mr. Guadalupe, that the **currently-set trial date may be continued to December 05, 2022**

20   **and that the Trial Confirmation Hearing may be reset for October 20, 2022.**  The parties

21   specifically stipulate as follows:

22          ▪   The indictment in this case charges Mr. Guadalupe with violating 8 U.S.C. § 1326.

23              ECF No. 9.

24          ▪   By prior order, the jury trial in this matter was set to commence on August 15, 2022.

25              The trial confirmation hearing is currently set for July 14, 2022.  ECF No. 42.

26          ▪   Pretrial motion briefing is ongoing, with the final filing due on June 16, 2022. *Id*.

27          ▪   The parties wish to re-evaluate whether or not the case can resolve short of trial after

28

                                              -1-

the motions are resolved, which cannot happen with the currently-set trial date. Furthermore, should the defense's motions be denied and the case proceed to trial, the defense will require additional time to conduct legal research and further investigation, which will be informed by the outcome of the pretrial motions.

- Therefore, the defense respectfully requests that the Court alter the current schedule, as follows:

  o A hearing on pretrial motions will be held on July 14, 2022 (this is currently the date for the Trial Confirmation Hearing). This can be vacated if the Court resolves pretrial motions on the papers.

  o The Trial Confirmation Hearing will be reset for October 20, 2022 at 9:30 a.m. If the case resolves short of trial, this will convert to a Change of Plea.

  o The jury trial will be reset to commence on December 5, 2022 at 9:00 a.m. The parties anticipate the trial will take three days at most.

- The government does not object to the above.

- The parties stipulate that the ends of justice served by granting the continuance outweighs the best interests of the public and Mr. Guadalupe in a speedy trial.

*The remainder of this page is intentionally blank.*

1    The defense believes that failure to grant the requested continuance would deny it the

2    reasonable time necessary for effective defense preparation, taking into account the exercise of

3    due diligence.   Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.*

4    (Speedy Trial Act), the parties request that the time period between August 15, 2022 and December

5    5, 2022, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code

6    T4), because it would result from a continuance granted by the Court at the defendant's request,

7    based on a finding that the ends of justice served by granting the continuance outweighs the best

8    interest of the public and Mr. Guadalupe in a speedy trial.

9                                        Respectfully submitted,

10                                       HEATHER E. WILLIAMS
                                         Federal Defender
11
      Date: May 26, 2022                 */s/  Christina Sinha*
12                                       CHRISTINA SINHA
                                         Assistant Federal Defender
13                                       Attorneys for Defendant
                                         NOE FÉLIX GUADALUPE
14

15

16    Date: May 26, 2022                 PHILLIP A. TALBERT
                                         United States Attorney
17
                                         */s/ Samuel Stefanki*
18                                       SAMUEL STEFANKI
                                         Assistant United States Attorney
19                                       Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2          The Court, having received and considered the parties' stipulation, and good cause

3    appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5    IT IS SO ORDERED.

6

7    Dated: May 26, 2022

8                                                                     Troy L. Nunley
                                                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-