HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
MIA CRAGER, SBN 300172
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700 / F: (916) 498-5710

Attorneys for Defendant
NOE FELIX GUADALUPE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> NOE FELIX GUADALUPE, <br> Defendant. | Case No. 2:18-CR-240-TLN <br><br> **REPLY TO OPPOSITION TO MOTION TO DISMISS INDICTMENT** <br><br> Date: June 16, 2022 <br> Time: 10:00 A.M. <br> Judge: Hon. Troy L. Nunley |

The government opposes Mr. Guadalupe's motion to dismiss. ECF No. 49. First, the government claims that the rational basis standard, rather than *Arlington Heights*, applies to this analysis. For reasons fully addressed in the defense's motion to dismiss, the government is incorrect, and *Arlington Heights* is the correct standard. ECF No. 44 at 2-5. Second, the government contends that under the *Arlington Heights* standard, the defense's argument would fail. ECF NO. 49 at 14-15. Again, for reasons thoroughly addressed in the defense's original filing, under *Arlington Heights*, 8 U.S.C. § 1326 is unconstitutional. ECF No. 43 at 5-20. As the government has not and cannot prove section 1326 would have been enacted absent the clearly racist intent that drove its creation, the defense's motion should be granted.

*Remainder of page intentionally blank.  Signature block immediately follows.*

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 |   |   |
| 4 | Date: June 16, 2022 | */s/ Christina Sinha*<br>CHRISTINA SINHA |
| 5 |   | Assistant Federal Defender<br>Attorneys for Defendant |
| 6 |   | NOE FELIX GUADALUPE |